UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re APPLICATION OF CATERPILLAR CRÉDITO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD REGULADA | Cause No. MC22-0075RSL<br><br>ORDER |

On September 27, 2022, Caterpillar Crédito, Sociedad Anónima de Capital Variable, Sociedad Financiera de Objeto Múltiple, Entidad Regulada filed an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782. The application was granted, and a subpoena was issued to T-Mobile. The targets of the discovery – Carolina and Carlos Bellosta – have filed a motion to intervene in order to seek a protective order and/or to quash the subpoena. In light of the contested nature of this action, the Clerk of Court is directed to assign this case a civil action number.

Dated this 1st day of November, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1