1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
                                       AT SEATTLE

9

10      IN RE:                                     CASE NO. C22-1549JLR

11      Application of CATERPILLAR                 ORDER
        CRÉDITO, SOCIEDAD
12      ANÓNIMA DE CAPITAL
        VARIABLE, SOCIEDAD
13      FINANCIERA DE OBJECTO
        MÚLTIPLE, ENTITAD
        REGULADA
14      for an Order Pursuant to 28 U.S.C.
        § 1782 Granting Leave to Obtain
15      Discovery for Use in a Foreign
        Proceeding,

16                          Applicant.

        CAROLINA ELIZABETH
17      VARADY DE BELLOSTA, et al.,

18                          Intervenors,

19             v.

        CATERPILLAR CRÉDITO,
20      SOCIEDAD ANÓNIMA DE
        CAPITAL VARIABLE,
21      SOCIEDAD FINANCIERA DE
        OBJECTO MÚLTIPLE, ENTIDAD
        REGULADA,
22
                            Applicant.

1       The following minute order is made by the direction of the court, the Honorable

2   James L. Robart:

3       Before the court is Carolina Elizabeth Varady de Bellosta and Carlos Mercelino

4   Jose Bellosta Pallares's (collectively, the "Bellostas") November 22, 2022 motion to seal

5   certain documents filed by Caterpillar Crédito ("Caterpillar").  (Mot. (Dkt. # 18); *see also*

6   Subpoena (Dkt. # 1-1); Loan Agreement (Dkt. # 1-5); Personal Guarantees (Dkt. # 1-6).)

7   The documents contain unredacted personal identifying information.  (*See* Mot. at 2.)  On

8   November 23, 2022, Caterpillar filed new versions of the documents with the Bellostas'

9   personal identifying information redacted.  (*See* Redaction (Dkt. # 19); Ex. 1 (Dkt.

10  # 19-1); Ex. 2 (Dkt. # 19-2).)

11      Accordingly, the court GRANTS the Bellostas' motion to seal (Dkt. # 18).  The

12  court DIRECTS the clerk to seal the original documents containing personal identifying

13  information (Dkt. ## 1-1, 1-5, 1-6).

14      Filed and entered this 28th day of November, 2022.

15

16

17  JAMES L. ROBART
    United States District Judge

18

19

20

21

22

ORDER - 2