UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Application of CATERPILLAR CRÉDITO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJECTO MÚLTIPLE, ENTITAD REGULADA<br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding,<br><br>Applicant. | CASE NO. C22-1549JLR<br><br>ORDER |
| CAROLINA ELIZABETH VÁRADY DE BELLOSTA, et al.,<br><br>Intervenors,<br><br>v.<br><br>CATERPILLAR CRÉDITO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJECTO MÚLTIPLE, ENTITAD REGULADA,<br><br>Applicant. | |

ORDER - 1

This matter was opened as an *ex parte* application by Applicant Caterpillar Crédito ("Caterpillar") for leave to obtain discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782.  (*See* Disc. App. (Dkt. # 1).)  The court granted Caterpillar's application for a subpoena for Carolina Elizabeth Varady de Bellosta and Carlos Mercelino Jose Bellosta Pallares's (collectively, the "Bellostas") phone records from non-party T-Mobile US, Inc.  (10/3/22 Order (Dkt. # 2).)  The Bellostas subsequently moved to intervene and for a temporary restraining order ("TRO") preventing Caterpillar from using, reviewing, or disseminating the Bellostas' phone records.  (*See* MTI (Dkt. # 3); TRO Mot. (Dkt. # 5).)  The court granted the Bellostas' motion to intervene but denied their motion for a TRO and further ordered the parties to enter a protective order regarding Caterpillar's use of the phone records.  (11/6/22 Order (Dkt. # 9).)  The court entered a protective order on November 16, 2022.  (*See* 11/16/22 Order (Dkt. # 16); 11/16/22 Protective Order (Dkt. # 17).)

Now that the motions regarding the subpoena have been adjudicated and the protective order entered, it appears that no further proceedings are necessary in this court.  Accordingly, the court ORDERS the parties to SHOW CAUSE by no later than Friday, January 6, 2023, why this matter should not be closed.

Dated this 30th day of December, 2022.

JAMES L. ROBART
United States District Judge