UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Application of CATERPILLAR CRÉDITO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJECTO MÚLTIPLE, ENTITAD REGULADA<br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding,<br><br>          Applicant.<br>CAROLINA ELIZABETH VÁRADY DE BELLOSTA, et al.,<br><br>          Intervenors,<br><br>   v.<br><br>CATERPILLAR CRÉDITO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJECTO MÚLTIPLE, ENTITAD REGULADA,<br><br>          Applicant. | CASE NO. C22-1549JLR<br><br>MINUTE ORDER |

ORDER - 1

1  The following minute order is made by the direction of the court, the Honorable James L. Robart:

2  Robart:

3      This matter was opened as an *ex parte* application by Applicant Caterpillar Crédito

4  ("Caterpillar") for leave to obtain discovery for use in a foreign proceeding pursuant to

5  28 U.S.C. § 1782.  (*See* Disc. App. (Dkt. # 1).)  The court granted Caterpillar's

6  application for a subpoena for Carolina Elizabeth Varady de Bellosta and Carlos

7  Mercelino Jose Bellosta Pallares's (collectively, the "Bellostas") phone records from

8  non-party T-Mobile US, Inc.  (10/3/22 Order (Dkt. # 2).)  The Bellostas subsequently

9  intervened (*see* 11/6/22 Order (Dkt. # 9)), and the court entered a protective order

10 regarding Caterpillar's use of the phone records (*see* 11/16/22 Order (Dkt. # 16);

11 11/16/22 Protective Order (Dkt. # 17)).

12     On December 30, 2022, the court ordered the parties to show cause by January 6,

13 2023 why this matter should not be closed, since the motions regarding the subpoena had

14 been adjudicated and the protective order entered.  (12/30/22 OSC (Dkt. # 21).)  Both

15 parties responded that they do not object to closing the matter.  (*See* Caterpillar Resp.

16 (Dkt. # 22); Bellosta Resp. (Dkt. # 23) (explaining that they have no objection to closing

17 the matter but will reopen it if necessary to enforce the protective order).)  Accordingly,

18 the court DIRECTS the clerk to close this matter.

19 //

20 //

21 //

22 //

1      Filed and entered this 6th day of January, 2023.

                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                     s/ Ashleigh Drecktrah
                                    Deputy Clerk

ORDER - 3